IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _SP_ D.C.

05 DEC 30 PM 3:13

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

                                  CR. NO. 02-20386-B

ERIC MORRIS,

    Defendant.

---

ORDER GRANTING MOTION TO
CONTINUE RE-SENTENCING HEARING
AND **SETTING**

---

Upon motion of the defendant, and for good cause shown,

IT IS THEREFORE ORDERED that the re-sentencing hearing currently scheduled for January 4, 2006, is hereby reset to Thursday, January 26, 2006, at 9:00 a.m., in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

ENTERED this 30th day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12/30/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:02-CR-20386 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Scott Eric Crawford
CRAWFORD & ASSOCIATES
623 Jefferson Ave.
Memphis, TN 38105

Honorable J. Breen
US DISTRICT COURT